UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 01-2260 RHK/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL G. PETERS, Defendant. | ) | |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the declaration of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional ~~120~~ 60 days JMM for service of the Summons and Complaint upon defendant, i.e., until JMM June 5, 2002.

Dated: 4/12/02

United States Magistrate-Judge

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK