# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 01-CV-2260 RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Michael G. Peters

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in the amount of $13,223.46 principal, $373.75 in prejudgment interest, plus additional prejudgment interest from 9/15/01 at 6.875 percent per annum, plus costs in the amount of $150.00 and postjudgment interest at the legal rate, in favor of the plaintiff USA and against deft Michael G. Peters.

DATE: May 2, 2002

RICHARD D. SLETTEN, CLERK

G. Schneider

Gloria J. Schneider, Deputy Clerk

6